# EXHIBIT 2

COPY

## CRIMINAL TRESPASS AND HARASSMENT WARNING

DATE 8/2/19   CFS #: 19-00685   CASE #: _____   A. Hwy 118

TO: Kelly Cresswell Lost Alaskan E 18   Alpine, TX   79830
PERSON TO BE WARNED / ADDRESS OR ID

FROM: Lucy E. Escovedo
PROPERTY OWNER OR AGENT/ SIGNATURE OF PERSON GIVING WARNING

PROPERTY DESCRIPTION: _____
LOCATION / ADDRESS

(ADDITIONAL INFORMATION: _____

I am either the owner of the above described property or have authority to act on behalf of the owner. I authorize any Peace Officer to issue and enforce the trespass and harassment warning that appears below to the person listed above regarding the described property and my person.

### TRESPASS AND HARASSMENT WARNING

"YOU ARE HEREBY WARNED AND PLACED ON FORMAL WRITTEN NOTICE THAT YOU CANNOT ENTER UPON OR REMAIN ON THE ABOVE DESCRIBED PROPERTY. YOU ARE ALSO WARNED THAT YOU MAY NOT HARASS ME IN ANY WAY, WHICH INCLUDES ANY FORM OF COMMUNICATION, EITHER VERBAL OR WRITTEN, OTHER THAN WRITTEN LEGAL NOTICE. IF YOU DO SO YOU MAY BE ARRESTED AND CHARGED WITH PENAL CODE SEC. 30.05. CRIMINAL TRESPASS OR PENAL CODE SEC. 42.07. HARASSMENT. REPEATED ACTIONS OF TRESPASS AND/OR HARASSMENT MAY ALSO CONSTITUTE THE OFFENSE OF PENAL CODE SEC. 42.072. STALKING."

I certify that I hand-delivered this warning to the above listed person on the date and time that appears below next to my signature and that the person warned either signed his/her name or refused to sign as indicated below.

8/2/19   4:15P
DATE    TIME    PEACE OFFICER, STATE OF TEXAS

### RECEIPT OF TRESPASS AND HARASSMENT WARNING

I have received a copy of this TRESPASS AND HARASSMENT WARNING on the date and time indicated.

8/2/19   4:15P
DATE    TIME    SIGNATURE OF PERSON WARNED

○ REFUSED TO SIGN DOCUMENT

(UPDATED 09/2018)

Scanned by CamScanner